**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



Mary Ann Whipple
United States Bankruptcy Judge

**Dated: March 19 2019**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 19-30545 |
| | ) | |
| Lisa A. Wireman, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | Hon. Mary Ann Whipple |
| | ) | |

### ORDER

It has come to the attention of the court that Debtor's attorney, Jeffrey H. Weir II, has been suspended from the practice of law, effective March 1, 2019, by order of the Ohio Supreme Court entered on that date. *See Lorain County Bar Assoc. v. Weir*, No. 2019-0150, 2019 WL 986437 (March 1, 2019). This court will therefore grant Debtor until **April 19, 2019,** to obtain new counsel for representation in this case, after which, if new counsel has not entered an appearance, the court will consider Debtor as representing herself.

**IT IS SO ORDERED.**

###